1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

USA,

Plaintiff,

Case No.  16-cr-00006-YGR-1   (KAW)

8
9

v.

**ORDER TO SHOW CAUSE FOR
FAILURE TO APPEAR**

10

JOSE LUIS CHAVEZ-NAVARRETE,

Defendant.

11
12
13

On February 4, 2016, Jose Luis Chavez-Navarrette was to be arraigned on the Information

14

filed on January 6, 2016.  The matter was set for the Court's regular 9:30a.m. criminal calendar.

15

Defendant's counsel, Erin Crane, did not appear.

16

Accordingly, Ms. Crane is ORDERED TO SHOW CAUSE, in writing, by no later than

17

February 11, 2016, why she should not pay monetary sanctions in the amount of $500 for her

18

failure to appear for her client's arraignment.

19

IT IS SO ORDERED.

20

Dated: 02/04/2016

21

KANDIS A. WESTMORE
United States Magistrate Judge

22
23
24
25
26
27
28

United States District Court
Northern District of California